FILED
2007 Sep-20 PM 02:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RONALD DALE HAMILTON,         ) | |
| ) | |
| Plaintiff,         ) | |
| ) | CASE NO.: |
| v.         ) | |
| ) | CV 04-B-3486-S |
| WAL MART STORES, INC., et al.         ) | |
| ) | |
| Defendants.         ) | |

**Memorandum Opinion**

The case comes before the court on the following motions: Plaintiff's Motion for Summary Judgment (Doc. 69); Defendant Hartford Life and Accident Insurance Company's Motion for Summary Judgment (Doc. 70); and Defendant Wal-mart Stores, Inc.'s Motion for Summary Judgment (Doc. 72).

On July 2, 2007, the magistrate judge entered a Report and Recommendation that the defendants' motions for summary judgment be granted, and the plaintiff's motion for summary judgment be denied. The time for objections to the report and recommendation has passed and no objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law.

Accordingly, the defendants' motions for summary judgment are due to be GRANTED, the plaintiff's motion for summary judgment is due to be DENIED, and this action is due to be

DISMISSED WITH PREJUDICE. An Order in accordance with this Memorandum Opinion will be entered contemporaneously.

DONE this 20th day of September, 2007.

_____
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE